# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thermolife International, LLC

                Plaintiff,

V.

Muscle Warfare, Inc.

                Defendant.

Case No.  13cv2188 BEN(BGS)

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low-Numbered Case No.:    13cv0651JLS(MDD)

       Title:    Thermolife International, LLC v Myogenix Corp. et al

       Nature of Case:    Patent

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☒ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:**    **13cv2188 JLS(MDD)**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court,

Dated:    9/16/13          By: s/ C. Ecija

                                                        C. Ecija, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    9/18/13

                                                        Janis L. Sammartino
                                                        United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Mitchell D. Dembin for all further proceedings.

Dated:    9/21/13

                                                        Roger T. Benitez
                                                        United States District Judge